```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant United States Attorney
 3  COLLEEN R. VILLARREAL
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. 09-00234 KJM |
|---|---|---|
| Plaintiff, | ) | Stipulation to Continue Jury Trial and Order |
| v. | ) | |
| | ) | Date:  August 10, 2009 |
| PHYLLIS WRIGHT, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant, PHYLLIS WRIGHT, to continue the jury trial set for August 10, 2009, at 10:00 a.m., to August 31, 2009, at 10:00 a.m.

The Government requests this continuance because the court will be unavailable for the scheduled jury trial date of August 10, 2004.

The parties agree that the Court should exclude the time period from the date of this order through August 31, 2009, pursuant to 18 U.S.C. § 3161(h)(A)(B), [Local Code T] of the Speedy Trial Act, in the interest of justice as the parties are working to resolve this matter prior to the trial confirmation

```
 1  hearing date of August 6, 2009 and the court will be unavailable
 2  on the previously scheduled jury trial date.
 3  DATED: June 22, 2009                Very Truly Yours,
 4                                      LAWRENCE G. BROWN
                                        Acting United States Attorney
 5
 6                              By:     /s/ Heiko Coppola for
                                        MATTHEW C. STEGMAN
 7                                      Assistant U.S. Attorney
 8                              By:     /s/ Colleen R. Villarreal
                                        COLLEEN R. VILLARREAL
 9                                      Certified Law Clerk
10  DATED: June 24, 2009        By:     /s/ William A. Wright
                                        WILLIAM A. WRIGHT
11                                      Attorney for Defendant
12
13
14                          O R D E R
15  IT IS SO ORDERED:
16  Dated: June 24, 2009
17                                                    _____
18                                      U.S. MAGISTRATE JUDGE
```