**William A. Wright-SBN 75236**
**Law Offices of William A. Wright**
**2200B Douglas Blvd., Suite 100**
**Roseville, CA 95661**
**Telephone: (916) 783-2946**
**Facsimile: (916) 783-3005**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Cr. No. 09-00234 KJM** |
| | **STIPULATION TO CONTINUE TRIAL CONFIRMATION DATE** |
| **Plaintiff,** | **AND JURY TRIAL DATE** |
| **vs.** | |
| | |
| **PHYLLIS WRIGHT,** | **Date:  August 6, 2009** |
| | **Time:  10:00 a.m.** |
| | **Judge: Hon. Kimberly J. Mueller** |
| **Defendant.** | |
| _____/ | |

    **It is hereby stipulated and agreed between the United States and the defendant, Phyllis Wright, to continue the Trial Confirmation date set for August 6, 2009, to September 3, 2009, at 10:00 a.m., and Jury Trial set for August 31, 2009, to September 28, 2009.**

    **The defendant requests this continuance because her counsel's young son is scheduled for surgery that day.  Depending upon hospital and surgeon's schedule, his procedure may occur on August 5, 2009, but that is unknown at this time and counsel desires to be with him at the hospital.**

    **The parties agree that the Court shold exclude the time period from the date of this order through September 28, 2009, for jury trial, pursuant to 18 U.S.C. § 3161(h)(7)(A)(B),**

**[Local Rule T4] of the Speedy Trial Act, in the interest of justice as the parties are working to resolve this matter prior to the trial confirmation hearing date of September 3, 2009.**

**Dated August 4, 2009**

**/s/ William A. Wright**
**William A. Wright, Attorney for Defendant**


**/s/ Matthew C. Stegman**
**Matthew C. Stegman, Assistant U.S. Attorney**


**/s/ Colleen R. Villarreal**
**Colleen R. Villarreal, Certified Law Clerk**


                              **PROPOSED ORDER**

**IT IS SO ORDERED:**

**Dated:** August 6, 2009.

_____
U.S. MAGISTRATE JUDGE